UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD HARRIS, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> A. FAKHOURY, WARDEN, ) <br> ) <br> Respondent. ) <br> ) | CASE NO. CV 11-3134-DDP (PJW) <br><br> J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>June 11, 2012</u>.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Harris v Fakhoury CV11-3134 Judgmnt.wpd