UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES EDWARD HARRIS, JR., | ) | CASE NO. CV 11-3134-DDP (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| A. FAKHOURY, WARDEN, | ) | |
| Respondent. | ) | |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:   June 11, 2012.

                                               DEAN D. PREGERSON
                                               UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Harris v Fakhoury CV11-3134 Judgmnt.wpd